

North America  Europe  Asia

200 Park Avenue
New York, NY 10166
T +1 212 294 6700
F +1 212 294 4700

Thomas Patrick Lane
212.294.6869
TLane@winston.com

July 12, 2016

VIA ECF

Hon. Valerie Caproni
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re:    *Alessandro Masi v. Yahoo! Inc.*, 16 cv 4906 (VEC)

Your Honor:

    Pursuant to the Court's Individual Rule of Practice 1.C, I write on behalf of Defendant Yahoo! Inc. ("Yahoo!") in the above referenced case, and with the consent of Plaintiff, to request that the time to answer or otherwise respond to the Complaint be extended from July 19, 2016 to August 5, 2016. This is Yahoo!'s first request for an extension. The reason for the request is that Winston & Strawn LLP was only recently retained on this matter.

    Thank you for your consideration.

    Very truly yours,

    /s/ Thomas Patrick Lane

    Thomas Patrick Lane
    Winston & Strawn LLP

cc: Richard Liebowitz (by ECF)