

200 Park Avenue
New York, NY 10166
T +1 212 294 6700
F +1 212 294 4700

North America  Europe  Asia

**Thomas Patrick Lane**
**212.294.6869**
**TLane@winston.com**

March 20, 2017

<u>VIA EMAIL</u>

Hon. Valerie E. Caproni
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re:    *Masi v. Yahoo! Inc.*, Case 1:16-cv-04906 (VEC)

Your Honor:

    I write on behalf of Defendant Yahoo! Inc. ("Yahoo!") and in response to Plaintiff's letter request filed last Thursday, ECF No. 29, that this matter be referred to Magistrate Judge Peck for settlement purposes. Plaintiff's counsel first contacted Defendant's counsel about the referral request the day before filing it with the court. Yahoo! is open to participating in a settlement conference with the Magistrate Judge if necessary after the Court rules on its pending motion to dismiss, but believes a settlement conference is premature at this time.

    Thank you.

Very truly yours,

/s/ Thomas Patrick Lane

Thomas Patrick Lane
Winston & Strawn LLP